UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF NEW YORK
_____

Irene Makler,

            Plaintiff

  v.                                   Civil Action No.:
                                         1:13-CV-03779-NGG-SMG

CAB Asset Management, LLC;
and Richmond University
Medical Center

           Defendants

_____

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
## CAB ASSET MANAGEMENT, LLC

    Defendant CAB ASSET MANAGEMENT, LLC, being a non-governmental corporate party, by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, and states as follows:

    CAB Asset Management, LLC is not a publicly held or traded corporation, is not a wholly owned subsidiary of any publicly held or traded corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

s/ David G. Peltan<br>
David G. Peltan, Esq. (DP6862 )<br>
Attorney for Defendant CAB Asset Management, LLC<br>
Peltan Law, PLLC<br>
128 Church Street<br>
East Aurora, NY 14052<br>
(716) 374-5431<br>
davidpeltan@peltanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2013, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Plaintiff, IRENE MAKLER via Plaintiff's counsel of record – Hashim Rahman, Esq.

And, I hereby certify that, to the best of my knowledge and information, there are no other participants on this case requiring service by any means.

s/ David G. Peltan<br>David G. Peltan, Esq.