D/F

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

IRENE MAKLER,

                Plaintiff,

v.

CAB Asset Management, LLC; and
Richmond University Medical Center

                Defendants.

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANT RICHMOND UNIVERSITY MEDICAL CENTER**

Civil Action No.: 1:13-cv-03779-NGG-SMG

### NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, IRENE MAKLER, by and through her attorneys, agrees to dismiss the above-entitled action against Defendant RICHMOND UNIVERSITY MEDICAL CENTER with prejudice and without costs to either party. To date, the aforementioned Defendant has not answered or moved for summary judgment.

Dated: November 18, 2013

Respectfully submitted,

By: /s/ Hashim Rahman

Hashim Rahman, Esq.
Rahman Legal
155 Water St., Fl 5
Brooklyn, NY 11201
hrahman@rahmanlegal.com
Phone: (347) 433-6139
Fax:   (347) 382-9457

*So ordered,*

s/Nicholas G. Garaufis

4/19/13