UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRENE MAKLER,<br><br>      Plaintiffs,<br>v.<br><br>CAB Asset Management, LLC<br><br>      Defendant. | STIPULATION OF DISMISSAL<br>PURSUANT TO FRCP 41(a)(1)(A)(ii)<br><br>Civil Action No.: 1:13-cv-03779-NGG-SMG |

## STIPULATION OF DISMISSAL

WHEREAS the Plaintiff and the Defendant of the above-entitled action have resolved the issues alleged set forth in the Amended Complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties an their respective counsels that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby discontinued against the Defendant with prejudice and without costs to either party.

| IRENE MAKLER | CAB ASSET MANAGEMENT, LLC | |
|---|---|---|
| /s/ Hashim Rahman, Esq. | s/ David G. Peltan | |
| Hashim Rahman, Esq. | David G. Peltan, Esq. | *So ordered.* |
| RAHMAN LEGAL | Peltan Law, PLLC | |
| 155 Water St., | 128 Church Street | s/Nicholas G. Garaufis |
| Brooklyn, NY 11201 | East Aurora, NY 14052 | 1/29/14 |
| (347) 433-6139 | (716) 374-5431 | |
| Attorney for Plaintiff | Attorney for Defendant | |